**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| KEICHA GREENIDGE and RYAN P. BILLEY,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC and HOMETAP INVESTMENT PARTNERS III SPV,<br><br>Defendants. | : | Case No. 3:26-cv-01431-GC-RLS<br><br>**DEFENDANT HOMETAP INVESTMENT PARTNERS III SPV, LLC'S CORPORATE <u>DISCLOSURE STATEMENT</u>** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hometap Investment Partners III SPV, LLC, a Delaware limited liability company with its principal place of business in Boston, MA, provides the following Non-Governmental Corporate Disclosure Statement:

Hometap Investment Partners III SPV, LLC is a wholly owned subsidiary of Hometap Investment Partners III, L.P., a Delaware limited partnership with its principal place of business in Boston, MA.

The general partner of Hometap Investment Partners III, L.P. is Hometap Holdings III, LLC, a Delaware limited liability company. The sole member of Hometap Holdings III, LLC is Hometap Equity Partners, LLC, a Delaware limited liability company.

Hometap Equity Partners, LLC, which is also a Defendant in this matter, is owned by the following members:

- HomeTap Management Holdings LLC of Delaware;
- GC/SF Blocker, Inc. of Delaware;
- Kaiser Permanente Group Trust of California;
- Kaiser Foundation Hospitals of California;
- G20 II Hometap Holdings, LLC of Delaware;

- G20 Ventures III Hometap Holdings LLC of Delaware;
- American Family Mutual Insurance Company SI of Wisconsin;
- AmFam VC Fund III, LP of Delaware;
- Pillar I (AIV), LP of Delaware;
- Pillar Select Hometap Holdings, LLC of Delaware;
- Real Estate Portfolio HT SPV LP of Delaware;
- BCC Opco Aggregator, LP of Delaware;
- Bain Capital DSS Opportunities Holdings II LP of Delaware;
- TriplePoint Ventures 5 LLC of Delaware;
- Toolbox, LP of Delaware;
- Richard C. "Bear" Albright, Jr. of Massachusetts;
- Bear Albright Family Trust of Massachusetts;
- Guggenheim Life and Annuity Company of Delaware;
- Delaware Life Insurance Company of Delaware;
- Lackawanna American Insurance Company of Pennsylvania;
- Lackawanna National Insurance Company of Pennsylvania;
- Lackawanna Casualty Company of Pennsylvania;
- Clear Spring Property and Casualty Company of Indiana;
- R.V.I. Guaranty Co., Ltd. of Bermuda.

Dated: New York, New York
April 23, 2026

*/s/ Philip A. Goldstein*
Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Telephone: (212) 548-2167
Fax: (212) 548-2150
Email: pagoldstein@mcguirewoods.com

*Counsel for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners III SPV*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2026, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be filed electronically with the Clerk of the Court using the Court's CM/ECF system, which shall cause all counsel of record to receive a copy.

*/s/ Philip A. Goldstein*
Philip A. Goldstein

221200482_1.docx