Philip A. Goldstein, Esq.
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2167
pagoldstein@mcguirewoods.com

*Counsel for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners III SPV*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEICHA GREENIDGE and RYAN P. BILLEY,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC and HOMETAP INVESTMENT PARTNERS III SPV,<br><br>Defendants. | Case No.: 3:26-cv-01431-GC-RLS<br><br>**DEFENDANTS HOMETAP EQUITY PARTNERS, LLC AND HOMETAP INVESTMENT PARTNERS III SPV'S RULE 7.1.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Civil Rule 7.1.1, Defendants Hometap Equity Partners, LLC and Hometap Investment Partners III SPV, in the above listed civil action state:

No person or entity that is not a party is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: New York, New York
April 23, 2026

/s/ Philip A. Goldstein
Philip A. Goldstein

McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Telephone: (212) 548-2167
Fax: (212) 548-2150
Email: pagoldstein@mcguirewoods.com

*Counsel for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners III SPV*