Philip A. Goldstein, Esq.
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2167
pagoldstein@mcguirewoods.com

*Counsel for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners III SPV*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| KEICHA GREENIDGE and RYAN P. BILLEY,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC and HOMETAP INVESTMENT PARTNERS III SPV,<br><br>Defendants. | : | Case No.: 3:26-cv-01431-GC-RLS<br><br>**CERTIFICATION OF SERVICE** |

I HEREBY CERTIFY that on this 23rd day of April 2026, I caused a true and correct copy of the foregoing Defendants Hometap Equity Partners, LLC and Hometap Investment Partners III SPV's Rule 7.1.1 Disclosure Statement to be duly served upon all parties of record to this action via the Court's electronic filing system, which shall cause a copy to be delivered to all counsel of record.

*/s/ Philip A. Goldstein*
Philip A. Goldstein