Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20ᵗʰ Floor
New York, New York 10020-1104
(212) 548-2167
pagoldstein@mcguirewoods.com
*Attorney for Defendants Hometap Equity Partners, LLC*
*and Hometap Investment Partners III SPV, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEICHA GREENIDGE and RYAN P. BILLEY, H/W *on behalf of themselves and all others similarly situated*,<br><br>             Plaintiffs,<br><br>       v.<br><br>HOMETAP EQUITY PARTNERS, LLC and HOMETAP INVESTMENT PARTNERS III SPV,<br><br>             Defendants. | Case No. 3:26-cv-01431 (GC)(RLS)<br><br><br>**NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br><br>**Motion Date: July 20, 2026** |

**PLEASE TAKE NOTICE** that on July 20, 2026, at 10:00 a.m. or on such date

and time fixed by the Court, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et*

*seq.*, Defendants Hometap Equity Partners, LLC and Hometap Investment Partners

III SPV, LLC (collectively, "Hometap"), by and through their undersigned attorneys

and in lieu of filing an Answer to Plaintiffs' Complaint, shall move this Court before

the Honorable Georgette Castner, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse located at 402 East State Street, Trenton, New Jersey 08608, Courtroom 5E, to compel Plaintiffs Keicha Greenidge and Ryan P. Billey to arbitrate their claims, to stay this action pending resolution of arbitration, to stay this action pending resolution of Defendants' motion to compel arbitration, and for such other, further or different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of their motion, Hometap shall rely on the accompanying Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and Stay Proceedings, the Declaration of Adam Jaskievic, and the attached exhibits, the Declaration of Philip A. Goldstein, and the attached exhibit(s), and upon all prior pleadings and proceedings in this action.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if this Motion is timely opposed, pursuant to Local Civil Rule 78.1(b); and

**PLEASE TAKE FURTHER NOTICE** that proposed forms of Order are attached hereto.

Dated: June 26, 2026      Respectfully submitted,
     New York, NY

       */s/ Philip A. Goldstein*
       Philip A. Goldstein
       McGUIREWOODS LLP
       1251 Avenue of the Americas, 20th Floor
       New York, NY 10020-1104
       Phone: (212) 548-2167
       Email: pagoldstein@mcguirewoods.com

*Attorney for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners III SPV, LLC*