# EXHIBIT C

## EXHIBIT C

## NOTICE OF RIGHT TO CANCEL

**HOMEOWNER(S): Keicha Greenidge**         **DATE: 02/14/2023**
                **Ryan Prince Albert Billey and also known**
                **as Ryan P. Billey**

**ADDRESS: 6 Cherise Ct, Jackson Township, NJ 08527**

**INVESTMENT NO.: NJ620393**

## <u>YOUR RIGHT TO CANCEL</u>

You are entering into a transaction that will result in a security interest in your home. You have a right to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

    (1) The date of this transaction, which is **02/14/2023**; or
    (2) The date you received your Investment Term Sheet; or
    (3) The date you received this notice of your right to cancel.

If you cancel the transaction, the security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the security interest in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

---

### <u>HOW TO CANCEL</u>

If you decide to cancel this transaction, you may do so by notifying us in writing, at

Hometap Investment Partners III SPV, LLC
800 Boylston Street, 16th Floor
Boston, MA 02199
Fax: 1-617-663-6878 / email: <u>homeowners@hometap.com</u>

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. You may notify us of your intention to cancel by email at homeowners@hometap.com, but we may require you to confirm in writing. Keep one copy of this notice because it contains important information about your rights.

If you cancel by email, you must send the notice no later than 11:59 PM ET of **02/17/2023**. If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

---

Keicha Greenidge                  Ryan Prince Albert Billey and also known as Ryan P. Billey

---

**By signing this notice, I acknowledge that I have RECEIVED this Notice of Right to Cancel:**

_____        _____
Keicha Greenidge                      Ryan Prince Albert Billey and also known as Ryan P. Billey

*Hometap – Notice of Right to Cancel (v. 6.0)*                                       *Page 1*