**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEICHA GREENIDGE and RYAN P. BILLEY, H/W *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> HOMETAP EQUITY PARTNERS, LLC and HOMETAP INVESTMENT PARTNERS III SPV, <br><br> Defendants. | Case No. 3:26-cv-01431 (GC)(RLS) <br><br> **[PROPOSED] ORDER STAYING PROCEEDINGS** <br><br> **Motion Date: July 20, 2026** |

This matter, having come before the Court upon Defendants' Motion to Compel Arbitration and Stay Proceedings, and the Court having considered all motion papers on file and the arguments of counsel, and for good cause shown:

IT IS ON THIS _____ day of _____ 202__, hereby ORDERED that:

This action is STAYED pending resolution of Defendants' Motion to Compel Arbitration.

_____
Hon. Georgette Castner
U.S. District Court Judge

☐ Motion Opposed
☐ Motion Unopposed
Appearances By: