Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorney for Defendants Hometap Equity Partners, LLC*
*and Hometap Investment Partners III SPV, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEICHA GREENIDGE and RYAN P. BILLEY, H/W *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> HOMETAP EQUITY PARTNERS, LLC and HOMETAP INVESTMENT PARTNERS III SPV, <br><br> Defendants. | Case No. 3:26-cv-01431 (GC)(RLS) <br><br> **CERTIFICATE OF SERVICE** <br><br> **Motion Date: July 20, 2026** |

I, PHILIP A. GOLDSTEIN, hereby certify that on this 26th day of June, 2026, I caused a true and correct copy of the following documents to be filed electronically with the Clerk of Court via the Court's CM/ECF system on behalf of Defendants' Hometap Equity Partners, LLC and Hometap Investment Partners III SPV, LLC (collectively, "Hometap"), which will cause all parties in this case that are registered to be served by the CM/ECF system:

1

- Notice of Motion to Compel Arbitration and Stay Proceedings;

- Memorandum of Law in Support of Motion to Compel Arbitration and Stay Proceedings;

- Declaration of Philip A. Goldstein in Support of Motion to Compel Arbitration and Stay Proceedings, and the exhibits annexed thereto;

- Declaration of Adam Jaskievic in Support of Motion to Compel Arbitration and Stay Proceedings, and the exhibits annexed thereto;

- (Proposed) Order Staying Proceedings; and

- (Proposed) Order Granting Hometap's Motion to Compel Arbitration and Stay Proceedings.


Dated:    New York, New York
          June 26, 2026

                                        */s/ Philip A. Goldstein*
                                        Philip A. Goldstein
                                        MCGUIREWOODS LLP
                                        1251 Avenue of the Americas, 20th Floor
                                        New York, NY 10020-1104
                                        Telephone: (212) 548-2167
                                        Fax: (212) 548-2150
                                        Email: pagoldstein@mcguirewoods.com

                                        *Attorney for Defendants Hometap Equity
                                        Partners, LLC and Hometap Investment
                                        Partners III SPV, LLC*

2