# McGuireWoods

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Philip A. Goldstein
Direct: 212.548.2167
pagoldstein@mcguirewoods.com
Fax: 212.715.6275

July 13, 2026

**VIA CM/ECF**

Honorable Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:    ***Greenidge et al. v. Hometap Equity Partners, LLC et al.***
> **Case No. 3:26-cv-01431-GC-RLS**
> ***Request for Extension of Time to File Reply in Support of Motion to Compel Arbitration and Stay Proceedings***

Dear Judge Castner:

We represent defendants Hometap Equity Partners, LLC, and Hometap Investment Partners III SPV, LLC (collectively, "Defendants") in the above-referenced matter. Defendants have filed a Motion to Compel Arbitration and Stay Proceedings, ECF No. 20, which is pending before the Court. Plaintiffs' opposition is due on July 20, 2026. Defendants respectfully request an extension of time to file their reply in support of the Motion to Compel Arbitration and Stay Proceedings.

Defendants' reply is currently due on July 27, 2026. Defendants are currently litigating motions to compel arbitration in multiple other federal courts. Considering these other commitments, and having obtained the consent of counsel for Plaintiffs, Defendants respectfully request an extension of an additional seven days to file their reply, so that the reply will be due on August 3, 2026, fourteen days after Plaintiffs' opposition. This is Defendants' first request for an extension of time to file their reply in support of the Motion to Compel Arbitration and Stay Proceedings.

The originally noticed motion date was previously extended upon Plaintiffs' application from July 20, 2026, to August 3, 2026. In accordance with the Court's list of regular motion dates, the new motion date would be August 17, 2026.

Thank you for the Court's consideration of this matter.

> Respectfully submitted,
> *s/ Philip A. Goldstein*
> Philip A. Goldstein

cc: All counsel of record (via CM/ECF)

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Seattle | Tysons | Washington, D.C.