Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorney for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners III SPV, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEICHA GREENIDGE and RYAN P. BILLEY, H/W *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC and HOMETAP INVESTMENT PARTNERS III SPV,<br><br>Defendants. | Case No. 3:26-cv-01431 (GC)(RLS)<br><br>**SECOND DECLARATION OF PHILIP A. GOLDSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>**Motion Date: August 17, 2026** |

I, Philip A. Goldstein, hereby declare as follows:

1. I am counsel with the law firm McGuireWoods LLP, attorneys for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners III SPV, LLC (collectively, "Hometap"). As counsel for Hometap, I am familiar with the pleadings, facts, and circumstances in this action, and I submit this declaration

in support of Hometap's Motion to compel Plaintiffs Keicha Greenidge and Ryan P. Billey to arbitrate their claims on an individual basis, to stay this action pending the outcome of arbitration under the Federal Arbitration Act, and to stay all proceedings pending this Court's ruling on Hometap's motion to compel arbitration.

2. Attached as **Exhibit A** is a true and correct copy of the Opening Brief of Appellant Point Digital Finance, Inc., filed in *Point Digital Finance, Inc. v. Muskal*, No. 1-CA-CV-26-0131 (Ariz. Ct. App. July 1, 2026).

3. Attached as **Exhibit B** is a true and correct copy of the order dismissing the appeal and vacating the judgment in *Olson v. Unison Agreement Corp.*, No. 23-2835 (9th Cir. Oct. 17, 2025).

4. Attached as **Exhibit C** are copies of the unreported decisions cited in the accompanying memorandum of law.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2026 in New York, New York.

*/s/ Philip A. Goldstein*

Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Telephone: (212) 548-2167
Fax: (212) 548-2150
Email: pagoldstein@mcguirewoods.com

*Attorney for Defendants Hometap Equity Partners, LLC and Hometap Investment Partners III SPV, LLC*