DNJ-CMECF-002 (Rev. 8/2026)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

KEICHA GREENIDGE AND RYAN P. BILLEY, H/W,

Plaintiff(s),

v.

HOMETAP EQUITY PARTYNERS, LLC, et al.,

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 3:26-cv-01431-GC-RLS

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ James A. Francis
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Shennan Kavanagh

Firm: National Consumer Law Center

Address: 7 Winthrop Square, 4th Floor
Boston, MA 02110

Email: skavanagh@nclc.org

Phone: (617) 542-8010

Admitted on behalf of (List litigant(s) here): Keicha Greenidge and Ryan P. Billey